**No. 40265.**—Protests 717301–G, etc., of J. L. Hudson Co. (Detroit).

Opinion by Tilson, J. Outerwear in chief value of wool similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114.